JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIBEL REYES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>Defendants. | Case No. 2:19-CV-09029-JFW-FFMx<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>*Assigned for All Purposes to the Honorable: John F. Walter* |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Gloribel Reyes, has accepted Defendant's offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Judgment is entered in favor of Plaintiff, Gloribel Reyes, and against FCA US LLC in the sum of $32,000. This total amount will be paid by FCA US LLC on account of any liability claimed in this action and in return of the subject vehicle (2018 Dodge Journey, VIN: 3C4PDCGB9JT327836). The vehicle will be returned with clear title, current registration, and free of any liens or encumbrances. This amount will not be paid sooner than ninety days from the date the Rule 68 offer was executed and served upon Defendant. No interest will accrue during this time.

In addition, FCA US LLC will pay Plaintiff a sum equal to the aggregate amount of costs and expenses, including attorneys' fees based on actual time reasonably incurred in connection with the commencement and prosecution of this action pursuant to Civil Code Section 1794, or to be determined by the Court if the parties cannot agree.

Except as set forth above, each party shall bear its own attorneys' fees and costs of suit.

This action is hereby dismissed with prejudice.

Dated: April 13, 2020

*/s/ John F. Walter*
Hon. John F. Walter
Judge for the Central District of California